

**NUMBER 13-10-00542-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

STEPHEN CRAIG WOOD,                                                    Appellant,

**v.**

PAULA LOUISE WOOD,                                                    Appellee.

**On appeal from the 418th District Court
of Montgomery County, Texas.**

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Vela
Memorandum Opinion Per Curiam**

Appellant, Stephen Craig Wood, perfected an appeal from a judgment entered by the 418th District Court of Montgomery County, Texas, in cause number 10-04-03860-CV. Appellant has filed a motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
17th day of February, 2011.